**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| MAGNUM STEEL, LLC, | ) ) ) |
| Defendant. | ) |

Case No. 4:18-CV-00687 NAB

## ORDER OF DISMISSAL

Upon the filing of Plaintiff's Notice of Voluntary Dismissal (Doc. 9),

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED without prejudice** with each party to bear its own costs.

Dated this 29th day of August, 2018.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE